UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 14-07479 DDP (Ex)                                    Dated: October 24, 2014

Title:   COMPLETE INFUSION CARE, CIC, INC. -v- AETNA LIFE INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY
=================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

     John A. Chambers                                   None Present
     Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

     None                                                None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)


     **COUNSEL ARE NOTIFIED** the MOTION TO DISMISS (DOCKET NUMBER 9) set for November 17, 2014 at 10:00 a.m., is hereby VACATED.


MINUTES FORM 11                                                   Initials of Deputy Clerk   JAC
CIVIL -- GEN